JOHN A. FISCHER, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant. JESSE DeWITT, Respondent, v. THE NEW YORK CENTRAL

RAILROAD COMPANY, Appellant. DEMKO MELNIEZNK, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant. MIKE LITUS, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Orders unanimously affirmed, with ten dollars costs and disbursements.